

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00624-CV

Rachel **NELSON** and All Other Occupants,
Appellant

v.

**HORIZON POINTE APARTMENTS, LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV06363
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualified as indigent under Texas Rule of Appellate Procedure 20.

SIGNED January 29, 2025.

_____
Velia J. Meza, Justice